IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERESA DENISE DILL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CIV-23-875-D |
| FNU THOMAS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendation of United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 53] in its entirety.

For the reasons stated therein, each Plaintiff, with the exception of Plaintiff Tarrah Layne Woods, is **DISMISSED** without prejudice based on infeasible joinder. Additionally, Motions for Leave to Proceed *In Forma Pauperis* filed by Plaintiffs other than Plaintiff Woods [Doc. Nos. 5, 6, 7, 8, 9, 10, 13, 27, 28, 30, 32, 39, 50] are **DENIED** as moot.

**IT IS SO ORDERED** this 22nd day of November, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge