IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TARRAH LAYNE WOODS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-875-D |
| GRADY COUNTY JAIL, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 114] in its entirety.

For the reasons stated therein, the Grady County Jail is **DISMISSED WITH PREJUDICE**, and Plaintiff's remaining claims against the remaining Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 28th day of February, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge